# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

**JUDGMENT RENDERED JULY 23, 2025**

---

---

**NO. 03-23-00519-CV**

---

**Maha Mansoor, Appellant**

**v.**

**University of Texas at Austin, Appellee**

---

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES KELLY, CRUMP, AND ELLIS**
**AFFIRMED -- OPINION BY JUSTICE ELLIS**

---

This is an appeal from the judgment signed by the trial court on July 28, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.